**No. 11-7324 (11A479). Reginald Brooks, Petitioner v. David Bobby, Warden.**

565 U.S. 1047, 132 S. Ct. 607, 181 L. Ed. 2d 446, 2011 U.S. LEXIS 8292.

November 15, 2011. Application for stay of execution of sentence of death, presented to Justice Kagan, and by her referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 660 F.3d 959.

**No. 11-7342 (11A484). Reginald Brooks, Petitioner v. Ohio.**

565 U.S. 1047, 132 S. Ct. 607, 181 L. Ed. 2d 446, 2011 U.S. LEXIS 8289.

November 15, 2011. Application for stay of execution of sentence of death, presented to Justice Kagan, and by her referred to the Court, denied. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 11-7463 (11A496). Paul Ezra Rhoades, Petitioner v. Brent Reinke, Director, Idaho Department of Corrections, et al.**

565 U.S. 1047, 132 S. Ct. 608, 181 L. Ed. 2d 446, 2011 U.S. LEXIS 8294.

November 17, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 671 F.3d 856.

**No. 11-7466 (11A497). Paul Ezra Rhoades, Petitioner v. Randy Blades, Warden.**

565 U.S. 1048, 132 S. Ct. 608, 181 L. Ed. 2d 446, 2011 U.S. LEXIS 8293.

November 17, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-393. National Federation of Independent Business, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

**No. 11-400. Florida, et al., Petitioners v. Department of Health and Human Services, et al.**

565 U.S. 1048, 132 S. Ct. 608, 181 L. Ed. 2d 446, 2011 U.S. LEXIS 8296.

November 18, 2011. H. Bartow Farr, III, Esquire, of Washington, D.C., is invited to brief and argue these cases, as amicus curiae, in support of the judgment of the Court of Appeals that the minimum coverage provision of the Patient Protection and Affordable Care Act, 26 U.S.C. § 5000A, is severable from the entirety of the remainder of the Act.